# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMIERA GOLDEN, individually and on behalf of other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>FPI MANAGEMENT, INC., and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-09716-JCS<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The Parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

DATED: Sept. 6, 2022

_____
Hon. Joseph C. Spero
United States ~~District Court~~ Judge
Chief Magistrate

**CERTIFICATE OF SERVICE**
*Tamiera Golden v. FPI Management, Inc., et al.*
USDC-ND, San Francisco Division, Case No. 3:21-cv-09716-JCS

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 2, 2022, I served the following document:

**ORDER OF DISMISSAL UPON SETTLEMENT**

I served the document on the following person at the following address (including a fax number and email address, if applicable):

| | |
|---|---|
| Ben Rothman, Esq.<br>Law Office of Ben Rothman<br>10100 Venice Boulevard<br>Culver City, CA 90232<br>***Attorneys for Plaintiff Tamiera Golden*** | Tel: 310.717.0539<br>Fax: 310.919.3777<br>Email: ben@santamonicainjurylawyer.com |

The document was served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** The document was served by CM/ECF (excluding those not registered for CM/ECF who were served by mail or email, if applicable).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2022

*/s/ Arlene Juarez Patino*
Arlene Juarez Patino

